DAVID B. EDELSON, State Bar No. 104390
840 Grizzly Peak Blvd.
Berkeley, CA 94708
Telephone: 510/527-4116
Facsimile: 510/527-4116

MICHAEL W. GRAF, State Bar No. 136172
Law Offices
227 Behrens St.
El Cerrito, CA 94530
Telephone: 510/525-7222
Facsimile: 510/525-1208

Attorneys for Plaintiffs

JULIA A. JONES
U.S. Department of Justice
Environment and Natural Resources Div.
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202/305-0436
Facsimile: 202/305-0267

Attorney for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SIERRA NEVADA FOREST PROTECTION CAMPAIGN, SIERRA CLUB, and LASSEN FOREST PRESERVATION GROUP,<br><br>Plaintiffs,<br><br>v.<br><br>BERNARD WEINGARDT, in his official capacity as Deputy Regional Forester; UNITED STATES FOREST SERVICE; and UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendants. | Case No. Civ. S-04-2727 DFL DAD<br><br>STIPULATION TO ENLARGE TIME FOR FILING MOTION FOR FEES AND COSTS; [PROPOSED] ORDER |

WHEREAS Civil Local Rule 54-293(a) provides that "[m]otions for awards of attorneys' fees to prevailing parties pursuant to statute shall be filed not later than thirty (30) days after entry of final judgment;"

WHEREAS the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, is the statute under which plaintiffs will seek attorneys fees and costs in this case;

WHEREAS EAJA provides that a party seeking an award of fees and other expenses may apply for them "within 30 days of final judgment in the action," and defines "final judgment" as "a judgment that is final and not appealable;"

WHEREAS the judgment in this case becomes unappealable 60 days from the time of its entry;

WHEREAS Federal Defendants have not yet determined whether they will appeal the final judgment in this case;

WHEREAS Plaintiffs seek to clarify the timing for filing an EAJA motion for fees and expenses pursuant to Local Rule 54-293(a);

NOW THEREFORE the parties stipulate and agree, subject to the approval of the Court, that the deadline for Plaintiffs to file a motion for attorneys' fees and expenses under Local Rule 54-293(a) is hereby extended to be the same as the deadline for filing an application for fees under EAJA.  By entering into this stipulation, Federal Defendants do not waive any defenses as to whether Plaintiffs are entitled to fees or costs.

Dated: July 20, 2005             /s/ David B. Edelson
                                 DAVID B. EDELSON
                                 Attorney for Plaintiffs


Dated: July 20, 2005             /s/ Julia A. Jones[1]
                                 JULIA A. JONES

                                 Attorney for Federal Defendants







PURSUANT TO STIPULATION, IT IS SO ORDERED.



Dated: 7/22/2005                _____/s/ David F. Levi_____
                                 DAVID F. LEVI
                                 United States District Judge

---

[1] Signature authorized on July 20, 2005.

STIPULATION TO ENLARGE TIME FOR FILING MOTION FOR FEES AND COSTS – PAGE 3