1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE EASTERN DISTRICT OF CALIFORNIA
3    SACRAMENTO DIVISION

| | |
|---|---|
| SIERRA NEVADA FOREST PROTECTION CAMPAIGN, SIERRA CLUB, and LASSEN FOREST PRESERVATION GROUP,<br><br>Plaintiffs,<br><br>v.<br><br>BERNARD WEINGARDT, in his official capacity as Deputy Regional Forester; UNITED STATES FOREST SERVICE; and UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendants. | Case No. 04-cv-02727 DFL DAD<br><br>**STIPULATION REGARDING AMOUNT OF ATTORNEY'S FEES AND COSTS CLAIMED AND [PROPOSED] ORDER** |

This Stipulation is entered into by and between Plaintiffs Sierra Nevada Forest Protection Campaign, Sierra Club, and Lassen Forest Preservation Group ("Plaintiffs"), and Defendants Bernard Weingardt, United States Forest Service, and United States Department of Agriculture ("Federal Defendants").

RECITALS

WHEREAS, on June 30, 2005, this Court entered Summary Judgment in favor of Plaintiffs and against Federal Defendants; and

WHEREAS, on September 12, 2005, the parties initiated good faith negotiations in furtherance of their common interest to resolve amicably the amount of potential recoverable attorney's fees and costs subject to the Equal Access to Justice Act ("EAJA"), § 2414(d).

NOW, THEREFORE, this Stipulation is entered for the sole purpose of resolving, and without need for further litigation, Plaintiffs' claim for an award of all attorney fees and costs associated with this case. Accordingly, the parties mutually stipulate as follows:

STIPULATION REGARDING
ATTORNEY'S FEES AND COSTS            1

## STIPULATION

1. Plaintiffs agree to reduce and limit any and all claims for such fees and/or costs to fifty seven thousand, two hundred and sixty six dollars and fifty nine cents ($57,266.59), and Federal Defendants agree not to dispute that Plaintiffs incurred fifty seven thousand, two hundred and sixty six dollars and fifty nine cents ($57,266.59) in recoverable attorney's fees and costs.

2. Federal Defendants agree to pay fifty seven thousand, two hundred and sixty six dollars and fifty nine cents ($57,266.59) in attorney's fees and costs to Plaintiffs within a reasonable time frame, given the impact of hurricane Katrina on the National Finance Center, of the Court's approval of this Stipulation. Federal Defendants agree to submit all necessary paperwork to the appropriate department or agency within ten (10) business days of receipt of the signed court order approving this Stipulation.

3. In consideration of Federal Defendants' agreement to pay the amount specified in paragraph 2, Plaintiffs, their successor, affiliates, and assigns shall not sue the United States, and shall release all claims and causes of action against the United States, based on any Federal, State or common law to recover any costs, fees or expenses of this case. Plaintiffs further agree not to take any further steps to obtain a judgment for or payment of litigation costs or expenses, including the filing of a motion for attorney's fees, in this case in the United States District Court.

4. Upon execution of this Stipulation, the parties agree to file the Stipulation with the Court. Either party may seek relief from the Court to enforce any provisions of this Stipulation.

5. Except as provided herein, nothing in this Stipulation shall be (1) construed as or deemed a waiver of any defenses or arguments the Federal Defendants may have with respect to claims in this action; (2) offered in evidence in any proceeding as an admission or concession of wrongdoing, liability, or any issue of fact or law concerning the claims or defenses in this action; or (3) construed as or deemed precedent in any other proceeding. Nothing in this Stipulation

STIPULATION REGARDING
ATTORNEY'S FEES AND COSTS                    2

1 shall be interpreted as, or shall constitute, a commitment or requirement that Federal Defendants
2 obligate or pay funds, or take any other action in contravention of the Anti Deficiency Act, 31
3 U.S.C. § 1341, or any other applicable law.

4     6.    Nothing in this Stipulation shall be construed as an admission that the position of
5 the Federal Defendants in this case was not substantially justified.

6     7.    This Stipulation represent the entirety of the Parties' commitments with regard to
7 settlement.

8     ACCORDINGLY, the United States and Plaintiffs, by their duly authorized attorneys,
9 whose signatures appear below, have executed this agreement.

                             KELLY A. JOHNSON
                             Acting Assistant Attorney General

Dated: September 28, 2005        /s/ Julia Jones
                             JULIA A. JONES (D.C. Bar # 469713)
                             Trial Attorney
                             U.S. Department of Justice
                             Environment & Natural Resources Division
                             General Litigation Section
                             P.O. Box 663
                             Washington, D.C. 20044-0663
                             Attorney for Federal Defendants.

Dated: September 28, 2005        /s/ David Edelson
                             David B. Edelson
                             840 Grizzly Peak Blvd.
                             Berkeley, CA 94708
                             Attorney for Plaintiffs

Dated: September 28, 2005        /s/ Michael Graf
                             Michael W. Graf
                             Law Offices
                             227 Behrens St.
                             El Cerrito, CA 94530
                             Attorney for Plaintiffs

STIPULATION REGARDING
ATTORNEY'S FEES AND COSTS        3

1
2
3  Pursuant to this Stipulation, IT IS SO ORDERED.

4  Date: 09/28/2005                    /s/ David F. Levi
                                        Honorable David F. Levi
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  STIPULATION REGARDING
    ATTORNEY'S FEES AND COSTS           4